## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

WILLIE JAMES BAKER; GENEVA BEEBE;
GERALD BOLENA; JAMES BROWN;
BEVERLY CARLTON; BRAXTON
COLLIER; CLIFFORD EDDY; NELL S.
FAGAN; RANDY HOUSTON; REGINA
HUDSPETH; DORETHA JACKSON; NELL
KEMPER; MARTHA J. LLOYD; JANNIE
MIXSON; ELIZABETH PETERS; FRANKIE          CASE NO: 3:07-CV-00795
PRICE; NATHANIEL QUARTERMAN;
PATRICIA RAY; LARRY RILEY; GEORGE
ROSIER; CLAUDE W. SHARP, SR.;
CLARENCE SUGGS; THELMA
THORNTON; KENNETH WATKINS; and
IRENE WILSON,

          Plaintiffs,

vs.

R.J. REYNOLDS TOBACCO CO., individually
and as successor by merger to the BROWN &
WILLIAMSON TOBACCO CORPORATION
and THE AMERICAN TOBACCO COMPANY,
a foreign corporation; and PHILIP MORRIS
USA, Inc., a foreign corporation,

          Defendants.

_____/

## WAIVER OF SERVICE OF PROCESS

TO:    **Stephanie E. Parker, Esquire**
        Jones Day
        1420 Peachtree St. NE, Suite 800
        Atlanta, Georgia  30309

        AND

        **Kenneth J. Reilly, Esquire**
        Shook, Hardy & Bacon, L.L.P.
        2400 Miami Center
        201 S. Biscayne Blvd.
        Miami, Florida  33131

I acknowledge receipt of Plaintiffs' request that I waive service of process in the lawsuit of WILLIE JAMES BAKER, et. al. v. R.J. REYNOLDS TOBACCO CO., et. al. in the United States District Court for the Middle District of Florida, Jacksonville Division, case number: 3:07-CV-00795. I have also received a copy of the complaint, two copies of this waiver, and a means by which I can return the signed waiver to Plaintiffs without cost to me.

I agree to save the cost of service of process and an additional copy of the complaint in this lawsuit by not requiring that I (or R.J. Reynolds, on whose behalf I am acting; or Phillip Morris, on whose behalf I am acting) be served with judicial process in the manner provided by Fla. R. Civ. P. 1.070.

If I am not the defendant to whom the notice of lawsuit and waiver of service of process was sent, I declare that my relationship to the entity or person to whom the notice was sent and my authority to accept service on behalf of such person or entity is as follows:

- I, Stephanie E. Parker, Esquire, represent the defendant, R.J. Reynolds, and can accept service on their behalf; OR,

- I, Kenneth J. Reilly, Esquire, represent the defendant, Phillip Morris, and can accept service on their behalf.

I (or R.J. Reynolds, on whose behalf I am acting; or Phillip Morris, on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for any objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or R.J. Reynolds, on whose behalf I am acting; or Phillip Morris, on whose behalf I am acting) if a written response is not served upon the Plaintiffs within 60 days from the date I received the notice of lawsuit and request for waiver of service of process.

Dated on this 2nd day of October, 2007.

2

**JONES DAY**

Stephanie E. Parker, Esquire
Florida Bar No.:  688355
1420 Peachtree St. NE, Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-8486
Facsimile: (404) 581-8330
Email: sparker@jonesday.com

**AND**

**SHOOK, HARDY & BACON, L.L.P.**

Kenneth J. Reilly, Esquire
Florida Bar No.:  157082
201 S Biscayne Blvd Ste 2400
Miami, Florida 331314339
Telephone: (305) 358-5171
Facsimile: (305) 358-7470
Email: kreilly@shb.com

*Attorneys for the Defendants*